FRANK J. CHRETIEN, Appellant, v. AARON FYBUSH, Respondent.— Order reversed on the law and judgment of Buffalo City Court affirmed, with costs on this appeal and at the Special Term, on the ground that the evidence presented fair questions of fact as to the negligence of the respective parties, and that the jury's verdict is not contrary to the weight of the evidence. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARGARET SEFTY, Appellant, v. F. W. WOOLWORTH COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Examination of RICHARD DAVEY, Appellant. JOHN PFRANG, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Estate of DAVID L. DAVIES, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH PIASECKI, as Administrator, etc., Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.

TEN EYCK O. BURLESON, Appellant, v. MELVIN G. BUNDY, Respondent.— Motion for a reargument denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CHARLES SWARTZLANDER, Respondent, v. AUGUSTUS SEAMAN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FIRST NATIONAL BANK AND TRUST COMPANY OF CORNING, Respondent, v. JAMES O. SEBRING, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DAVID H. RYON and Others, Appellants, v. HARRIE E. LUTMAN, as Sole Administratrix, etc., Respondent.— Motion granted unless the appellants shall file and serve the printed papers and printed briefs on appeal on or before the 20th day of December, 1925, and shall be ready to argue said appeal at the opening of the January, 1926, term of this court. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES J. CORYELL and Another, Appellants, v. WALKER D. HINES, Director-General of Railroads, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NORA E. FASSETT, as Sole Administratrix, etc., of FRED W. BURLEIGH, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

INTERNATIONAL FUEL AND IRON CORPORATION, Plaintiff, v. DONNER STEEL COMPANY, Defendant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.